| Date | Pleading Number | |
|---|---|---|
| 7/6/72 | 1 | CAESARS WORLD, INC. (def.) motion for consolidation, A-1 thru A-8 supporting brief/certificate of service; SEC - S.D. N.Y. Complaints as exhibit Transfer (request) to S.D. N.Y. |
| 7/12/72 | 2 | PLTF. MATTHEW MARGOLES Memorandum in support of Motion to consolidate Joining of Matthew Margoles in the Motion of Def. Caesars World, Inc. |
| 7/17/72 | 3 | RACHEL BROOKS, LILLIAN BIRNBAUM, ROBERT MIRSKY, NORMAN D. MASON and ANNETTE B. MASON, (Pltfs.) In support of motion of (def.)Caesars World, Inc., for pretrial consolidation under 28 U.S.C. SECTION 1407 w/cert. of ser. |
| 7/19/72 | 4 | SAMUEL L. FENICHEL (pltf.) Response of the Motion of Def. Caesars World, Inc. for pretrial consolidation w/certificate of service |
| 7/20/72 | | MARK MATTHEWS request of extension of time to file and serve on motion of Def. Caesars World, Inc., on and including August 4, 1972. (rec'd letter) ORDER entered granting extension of time to plts. to and including August 4, 1972 to respond to motion. |
| 7/21/72 | | DESERT PALACE, ET AL., (defs.) request of extension of time to file and serve on motion of Def. (Caesars World, Inc.) (Letter) ORDER entered granting extension of time to defs. to and including August 4, 1972. |
| 7/24/72 | 5 | ANTONE F. GREGORIO AND LAWRENCE KRAUT (pltfs.) Brief in response to the Motion of def. Caesars World, Inc. A copy of consolidation order is attached as Exhibit Affidavit of Service |
| 7/24/72 | | RUTHELLEN COPE V. CAESARS PALACE, Nevada, No. LV 1808 Request for ext. to file response to motion ORDER GRANTING TO & INCL. 8/4/72 to respond to motion |
| 7/24/72 | | CAESARS WORLD, INC., Defs. moved for transfer of the actions listed/order Entered OSC today. Notified counsel involved |
| 8/2/72 | 6 | Calif. Defendants response, brief, affidavits and service certificate to motion and order to show cause. |
| 8/4/72 | | SEC V. LUMS, S.D.N.Y. 71 Civ. 5323 MARGOLES V. LUMS, S.D.N.Y. 72 Civ. 664 Request from Laventhol Krekstein Horwath and Horwath for an extension of time to file and serve response to OSC ORDER extending time to all parties to and including Aug. 22, 1972 Notified counsel |
| 8/7/72 | 7 | DEF. HARRIS, KERR, FORSTER & CO., Memo Response to motion & SCO. |
| 8/7/72 | 8 | PLTF. MARK MATTHEWS Response and brief w/affidavit of service. |
| 8/7/72 | 9 | Plaintiff COPE response to defendant's motion for consolidation pursuant to 28 U.S.C. §1407 w/cert. of service. |
| 8/21/72 | 10 | Plaintiffs Brooks response to motion w/cert of service |
| 8/21/72 | 11 | Laventhol Krekstein Howrwath & Horwrath defendants response & brief to motion, w/cert of service (2 copies received) |
| 8/22/72 | 12 | MATTHEW MARGOLES reply and answer to motion to transfer w/cert of service. |
| 8/22/72 | 13 | SEC response to OSC w/cert. of service. |
| 8/23/72 | 14 | GREGORIO ANDKRAUT response to motion w/cert. of service. |

| Date | Pleading Number | |
|---|---|---|
| 8/25/72 | 15 | MARGOLES (PLAINTIFF) ANS.to Ans. of Deft. LKH&H w/reply brief and cert. of service. |
| 9/5/72 | | HEARING ORDER- Setting A-1 through B-2, Oct. 4, 1972, New Orleans, LA |
| 9/18/72 | 16 | Pltf. MATTHEWS, supplement to brief opposing motion |
| 9/22/72 | 17 | DEF. WALSTON & CO., INC., response in opposition to motion |
| 10/5/72 | 18 | Caesars Worlf, Inc., schedule of pending actions (FILED IN OPEN COURT) |
| 12/12/72 | | ORDER - Consolidating A-1 through B-2 in S.D.N.Y. for assignment to Judge Charles R. Weiner for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 12/12/72 | | Consent of Judge Edelstein for litigation to be handled in S.D.N.Y. |
| 11/19/74 | | OPINION AND ORDER re TRANSFERORDER OF 12/12/72 -- Notified transferee judge, clerk, involved counsel, panel judges, and publishers |
| 11/19/74 | | PARTIAL DISSENT -- Judge Edward Weinfeld |

Nov 19, 1974  385 F. Supp. 1256   EW dec sent 11/9/74
TO 12/12/72 Unpublished

Description of Litigation

## IN RE CAESARS PALACE SECURITIES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) __10/4/72__
Date(s) of Opinion(s) or Order(s) __12/12/72  11/19/74__
Consolidation Ordered __✓__   Name of Transferee Judge __Charles R. Weiner (from E.P.)__
Consolidation Denied ____      Transferee District __S.D.N.Y. (M-19-107)__  (208)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rachel Brooks, et al. v. Caesars World, Inc., et al. | S.D.N.Y. Lasker | 71 Civ.5342 | | | 5/22/75 | def Caesars mot. 7/6/72 |
| A-2 | Samuel L. Fenichel v. Jerome Zarowitz, et al. | S.D.N.Y. Lasker | 71 Civ.5375 | | | 1/27/75 | " " |
| A-3 | Matthew Margoles v. Earl Powell, et al. | S.D.N.Y. Lasker | 72 Civ.101 | | | | " " |
| A-4 | Antone F. Gregorio v. Jay J. Sarno, et al. | S.D.N.Y. Lasker | 71 Civ.5470 | | | | " " |
| A-5 | Lawrence Kraut v. William H. McElnea, Jr., et al. | S.D.N.Y. Lasker | 71 Civ.5687 | | | 5/22/75 | " " |
| A-6 | Edward Silver, et al. v. Lum's Incorporated, et al. | S.D.N.Y. | 72 Civ.1145 | | | | " " |
| A-7 | Ruthellen Cope, etc. v. Caesars World, Inc., et al. | Nevada | LV-1808 | 12/12/72 | | | " " |
| A-8 | Mark Matthews v. Lum's, Incorporated, et al. | S.D.Fla. King | 72-617-Civ-JLK Boettger | 12/12/72 | | | " " |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Securities & Exchange Commission v. Lum's Inc., et al. | S.D.N.Y. Lasker | 71 Civ.5323 | | | 5/22/75 | SCO-7/24/72 |
| B-2 | Matthew Margoles, etc. v. Lum's Inc., et al. | S.D.N.Y. Lasker | 72 Civ. 664 | | | 5/22/75 | SCO-7/24/72 |
| | consolidated 12/12/72 | | | | | | |
| C-1 | Channing Securities, Inc., et al. v. Caesars World, Inc., et al. | S.D.N.Y. Frankel | 72 Civ.4128(MEF) | | | 2/6/75 | Caesars World Sche. of Action filed-10/4/72 |

Verified by the Court - May 1975
same July 1976

Tr - 8 / 2
1×2 - 9 / 9
    / 11
    12 / (3)
Dis 3 / 9
Pending 9

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 110 -- IN RE CAESARS PALACE SECURITIES LITIGATION

## Attorney Service List

| | |
|---|---|
| Rachel Brooks, et al. | Sidney Dickstein, Esquire<br>Dickstein, Shaprio & Galligan<br>745 Fifth Avenue<br>New York, New York   10022 |
| Samuel L. Fenichel | David B. S. Cohen, Esquire<br>919 Third Avenue<br>New York, New York   10022 |
| Matthew Margoles | Irving Bizar, Esquire<br>Demov, Morris, Levin & Shein<br>1180 Avenue of the Americas<br>New York, New York   10036 |
| Antone F. Gregorio<br>Lawrence Kraut | Robert M. Kornreich, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York   10022 |
| Edward Silver, et al. | Judah I. Labowitz, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>12th Floor, Packard Building<br>Philadelphia, Pennsylvania   19102 |
| Ruthellen Cope, etc. | Leonard Barrach, Esquire<br>David Berger, P. A.<br>1622 Locust Street<br>Philadelphia, Pennsylvania   19103 |
| Mark Matthews | Ms. Susan Goldman<br>Colson & Hicks, P. A.<br>66 W. Flagler Street<br>Miami, Florida   33130 |
| Securities & Exchange Commission | Kevin Thomas Duffy, Esquire<br>Regional Administrator<br>Securities & Exchange Commission<br>26 Federal Plaza<br>New York, New York   10007 |
| Matthew Margoles, etc. | Ira Jay Sands, Esquire<br>701 Seventh Avenue<br>New York, New York   10036 |

Attorney Service List    - 2 -    Docket No. 110

| | |
|---|---|
| Caesars World, Inc.<br>Clifford Perlman<br>Melvin Chasen<br>Stuart Perlman<br>Jay Leshaw<br>Earl W. Powell<br>William H. McElnea, Jr.<br>Van Alstyne, Noel & Co.<br>Harold D. Berkowitz<br>Caesars Palace Realty Corp. | Guy C. Quinlan, Esquire<br>Royall, Koegel & Wells<br>200 Park Avenue<br>New York, New York 10017 |
| Laventhal Krekstein<br>Horwath & Horwath | Louis A. Craco, Esquire<br>Willkie, Farr & Gallagher<br>One Chase Manhattan Plaza<br>New York, New York 10005 |
| Harris, Kerr, Forster & Co. | James E. Tolan, Esquire<br>Olwine, Connelly, Chase, O'Donnell<br>  && Weyher<br>299 Park Avenue<br>New York, New York 10017 |
| Desert Palace<br>Jerome Zarowitz<br>Jay J. Sarno<br>Stanley Mallin<br>William S. Weinberger<br>Harry Wald<br>Daniel Stein<br>Nathan Jacobson<br>Edward Jacobson<br>Victor J. Rogers<br>Sol J. Rogers<br>Nathan J. Rogers<br>Don J. Rogers<br>Albert Faccinto | Stuart A. Benjamin, Esquire<br>Wyman, Bautzer, Rothman & Kuchel<br>9601 Wilshire Boulevard, Suite 726<br>Beverly Hills, California 90210 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 110 -- IN RE CAESARS PALACE SECURITIES LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Dickstein, Shapiro & Galligan<br>745 Fifth Avenue<br>Nw York, New York 10022<br>~~Attn: Mr. Galligan~~ | 212-972-7000<br>CAESARS WORLD, INC. (Movant)<br>Guy C. Quinlan, Esquire<br>Royall, Koegel & Wells *app.*<br>200 Park Avenue<br>New York, New York 10017<br>(Also See Below) |
| A-2 | David B. S. Cohen, Esquire<br>~~Abraham M. Glickman, Esquire~~ *app.*<br>919 Third Avenue<br>New York, New York 10022 | |
| A-3 | *Irving Bizar, Esq.*<br>~~Demov~~ Morris, Levin & Shein<br>1180 Avenue of the Americas *app.*<br>New York, New York 10036 | LAVENTHAL KREKSTEIN HORWATH & HORWATH<br>Willkie, Farr & Gallagher *app*<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>~~Attn: Mr. David~~ LOUIS A. CRAGO, Esq. |
| | Ira Jay Sands, Esquire<br>701 Seventh Avenue<br>New York, New York 10036 *(crossed out)* | HARRIS, KERR, FORSTER & CO.<br>~~Walter Beebe~~ *TORAN* Esquire<br>Olwine, Connelly, Chase, O'Donnell<br>& Weyher<br>299 Park Avenue<br>New York, New York 10017 |
| A-4 | *Robert M. KORNREICH*<br>~~Arnold Gershon~~, Esquire<br>Wolf, Popper, Ross, Wolf & Jones *app.*<br>845 Third Avenue<br>New York, New York 10022 | |
| A-5 | Rosenthal & Gurkin<br>19 West 44th Street *SAME AS A-4*<br>New York, New York 10017 | CERTAIN DEFENDANTS IN A-1; A-3; A-4 & A-5<br>Howard Mann, Esquire<br>Weiss, Bronston, Rosenthal, Heller<br>& Schwartzman<br>295 Madison Avenue<br>New York, New York 10017 |
| A-6 | Judah I. Labowitz, Esquire<br>Wolf, Block, Schorr & Solis-Cohen<br>12th Floor, Packard Bldg.<br>Philadelphia, Pa. 19102 | CERTAIN DEFENDANTS IN A-8<br>Manny Garcia, Esquire<br>Abrams, Anton, Robbins, Resnick<br>& Schneider, P.A.<br>Home Federal Tower<br>Post Office Box 650<br>Hollywood, Florida 33022 |
| | Gerald Fischer, Esquire *(crossed out)*<br>Stroock & Stroock & Lavan<br>61 Broadway<br>New York, New York 10005 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-7 | Leonard Barrack, Esquire<br>David Berger, P.A.<br>1622 Locust Street<br>Philadelphia, Pa. 19103 | DESERT PALACE<br>JEROME ZAROWITZ<br>JAY J. SARNO<br>STANLEY MALLIN<br>WILLIAM S. WEINBERGER |
| A-8 | /s/ Susan Goldman<br>Colson & Hicks, P.A.<br>66 W. Flagler Street<br>Miami, Florida 33130 | HARRY WALD<br>DANIEL STEIN<br>NATHAN JACOBSON<br>EDWARD JACOBSON<br>VICTOR J. ROGERS<br>SOL J. ROGERS<br>NATHAN J. ROGERS<br>DON J. ROGERS<br>ALBERT FACCINTO<br>    Stuart A. Benjamin, Esquire<br>    Wyman, Bautzer, Rothman & Kuchel<br>    9601 Wilshire Boulevard, Suite 726<br>    Beverly Hills, California 90210 |
| B-1 | Kevin Thomas Duffy, Esquire<br>Regional Administrator<br>Securities & Exchange Commission<br>26 Federal Plaza<br>New York, New York 10007 | |
| B-2 | Ira Jay Sands, Esquire<br>701 Seventh Avenue<br>New York, New York 10036 | CLIFFORD PERLMAN<br>MELVIN CHASEN<br>STUART PERLMAN<br>JAY LESHAW<br>EARL W. POWELL<br>WILLIAM H. MCELNEA, JR.<br>VAN ALSTYNE, NOEL & CO.<br>HAROLD D. BERKOWITZ<br>CAESARS PALACE REALTY CORP.<br>    Guy C. Quinlan, Esq.<br>    Royall, Koegel & We-ls<br>        Address as above |
| C-1 | Kaye, Scholer, Fierman, Hays<br>   & Handler<br>425 Park Avenue<br>New York, New York 10022 | |

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 110 -- IN RE CAESARS PALACE SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Caesars World, Inc. (formerly Lum's, Inc.) | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1;B-2 |
| Desert Palace, Inc. & Desert Palace, a ltd. ptnrship d/b/a Caesars Palace | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Jerome Zarowitz | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Jay J. Sarno | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Stanley Mallin | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| William S. Weinberger | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Harry Wald | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Daniel Stein | A-1;A-2;A-3;A-5;A-6;A-7;A-8;B-1+2 |
| Nathan Jacobson | A-1;A-2;A-3;A-5;A-6;A-7;A-8;B-1+2 |
| Edward Jacobson | A-1;A-2;A-3;A-5;A-6;A-7;A-8;B-1+2 |

p. \_\_\_\_\_

| | |
|---|---|
| Victor J. Rogers | A-1;A-2;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Sol J. Rogers | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Nathan J. Rogers | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Ben J. Rogers | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Albert Faccinto | A-1;A-2;A-3;A-4;A-5;A-6;A-7;A-8;B-1+2 |
| Clifford Perlman | A-1;A-3;A-4;A-5;A-6;A-7;A-8;B-2 |
| Melvin Chasen | A-1;A-3;A-4;A-5;A-6;A-7;A-8;B-2 |
| Stuart Perlman | A-1;A-3;A-4;A-5;A-6;A-7;B-2 |
| Jay Leshaw | A-1;A-3;A-4;A-5;A-6;A-7;B-2 |
| Earl W. Powell | A-1;A-3;A-4;A-5;A-6;A-7;B-2 |
| William H. McElnea, Jr. | A-1;A-3;A-4;A-5;A-6;A-7;B-2 |

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 110 -- IN RE CAESARS PALACE SECURITIES LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Van Alstyne | A-3; A-5; B-2 |
| Noel & Co. | A-3; A-5; B-2 |
| Laventhal Krekstein HORWATH + HORWATH | A-3; A-5; B-2 |
| ~~Horwath & Horwath~~ | A-3; A-5 |
| Harris, Kerr, Forster & Co. | A-3; A-5; B-2 |
| Harold D. Berkowitz | A-4 |
| Caesar's Palace Realty Corp. | A-4 |
| | |
| | |