

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 110 -- IN RE CAESARS PALACE SECURITIES LITIGATION

### ORDER

The Panel having found, upon the basis of the papers submitted and the hearing held, that the actions listed on the attached Schedule A involve common questions of fact and that transfer of these actions to a single district for coordinated or consolidated pretrial proceedings would serve the convenience of the parties and witnesses and would further the just and efficient conduct of the litigation,

IT IS ORDERED that all actions on the attached Schedule A pending in districts other than the Southern District of New York be, and the same hereby are, transferred to the Southern District of New York and, with the consent of that court, assigned to the Honorable Charles R. Weiner, sitting by designation, for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407, with the actions pending in that district and listed on Schedule A.

A full opinion and order will be filed hereafter.

FOR THE PANEL:

Alfred P. Murrah
Chairman

SCHEDULE A                                              DOCKET NO. 110

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Rachel Brooks, et al. v. Caesars World, Inc., et al. | Civil Action No. 71 Civ. 5342 |
| Samuel L. Fenichel v. Jerome Zarowitz, et al. | Civil Action No. 71 Civ. 5375 |
| Matthew Margoles v. Earl Powell, et al. | Civil Action No. 72 Civ. 101 |
| Antone F. Gregorio v. Jay J. Sarno, et al. | Civil Action No. 71 Civ. 5470 |
| Lawrence Kraut v. William H. McElnea, Jr., et al. | Civil Action No. 71 Civ. 5687 |
| Edward Silver, et al. v. Lum's Inc., et al. | Civil Action No. 72 Civ. 1145 |
| Securities & Exchange Commission v. Lum's Inc., et al. | Civil Action No. 71 Civ. 5323 |
| Matthew Margoles, etc. v. Lum's Inc., et al. | Civil Action No. 72 Civ. 664 |

## DISTRICT OF NEVADA

| | |
|---|---|
| Ruthellen Cope, etc. v. Caesars World, Inc., et al. | Civil Action No. LV-1808 |

## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Mark Matthews v. Lum's, Inc., et al. | Civil Action No. 72-617-Civ-NCR |